# Court of Appeals
# of the State of Georgia

ATLANTA,   December 16, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0163.  DEADRAL CATERRO v. THE STATE.**

Deadral Caterro was found guilty of failure to maintain lane and sentenced to 12 months of probation.  He seeks discretionary review of his judgment of conviction and sentence.  No provision of OCGA § 5-6-35 (a) applies here, and the order that Caterro wishes to appeal was directly appealable.  We will grant a timely discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  Caterro shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, he has already filed a notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   12/16/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*